Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: **'08 MJ 8723**

The person charged as Arturo BARRERA-Samano; AKA: Arturo Barriera Zamano, now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Central District of California with Illegal Alien in Possession of a Firearm in the United States, in violation of Title 18, United States Code, 922(g)(5).

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __August 13, 2008__.

MARCO A. MIRANDA
SENIOR BORDER PATROL AGENT
(Name)

Reviewed and Approved:

Dated: __August 13, 2008__

JOHN F. WEIS
Assistant United States Attorney



FILED
AUG 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

# United States District Court

__CENTRAL__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

v.

ARTURO BARRERA-SAMANO
aka Arturo Barriera Zamano

To: The United States Marshal or any
Authorized United States Officer

WARRANT FOR ARREST

ON COMPLAINT

CASE NUMBER: 98-2642-M

YOU ARE HEREBY COMMANDED to arrest __ARTURO BARRERA-SAMANO__
Name

and bring him or her forthwith to the nearest Judge/Magistrate to answer a

complaint charging him or her with: Illegal Al;ien in Possession of a
Firearm in the United States

in violation of Title __18__ United States Code, Section __922(g)(5)__

with Bail fixed at $ _by Duty Magistrate Judge_
REC: BY AUSA        DETENTION

Date: __October 23, 1998__        __ANN JONES__
Name of Judge/Magistrate Judge

[signature]
Signature of Judge/Magistrate Judge

(stamp: RECEIVED U.S. MARSHAL SERVICE LOS ANGELES, CALIF. 98 OCT 27 AM 12:00)

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at **Calexico, CA** | | |
| DATE RECEIVED 8/10/08  DATE OF ARREST 8/10/08 | NAME & TITLE OF ARRESTING OFFICER  MARCO A. MIRANDA  BORDER PATROL AGENT | SIGNATURE OF ARRESTING OFFICER  [signature] |

# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ARTURO BARRERA-SAMANO,<br>aka Arturo Barriera Zamano | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>08-<br>98-2642M |

FILED
CLERK, U.S. DISTRICT COURT
OCT 23 1998
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Complaint for violations of Title 18, United States Code, Section 922(g)(5)

| NAME OF MAGISTRATE JUDGE<br>ANN JONES | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Los Angeles, CA |
|---|---|---|
| DATE OF OFFENSE<br>July 7, 1998 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about July 7, 1998, in Los Angeles County, within the Central District of California, defendant ARTURO BARRERA-SAMANO, who was then an alien illegally and unlawfully in the United States, knowingly possessed a firearm, namely, a model 94, 30/30 Winchester Rifle, serial number 4012040, in and affecting interstate and foreign commerce.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>ROY CASAS   /S/ |
|---|---|
| | OFFICIAL TITLE<br>Special Agent - Immigration and Naturalization Service (INS) |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1)<br>ANN I. JONES | DATE<br>October 23, 1998 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54

LAR:bat        REC:DETENTION (Warrant)

# AFFIDAVIT

I, Roy Casas, being duly sworn, do hereby depose and say:

1. I am a Special Agent ("SA") with the United States Department of Justice, Immigration and Naturalization Service ("INS"), and have been so employed since 1997. I am currently assigned to the Los Angeles District Office.

2. This affidavit is made in support of a complaint against and an arrest warrant for ARTURO BARRERA-SAMANO ("BARRERA-SAMANO"), aka Arturo Barriera Zamano, for a violation of Title 18, United States Code, Section 922(g)(5): Illegal Alien in Possession of a Firearm in the United States.

3. On or about October 19, 1998, I reviewed a superseding indictment in case number 98-CR-280 from the Northern District of Illinois, Eastern Division, and learned the following:

    a. A February 1998 grand jury in the Northern District of Illinois, Eastern Division, indicted BARRERA-SAMANO for Conspiracy to Defraud the United States, in violation of Title 18, United States Code, Section 371; Knowingly Transferring False Identification Documents, in violation of Title 18, United States Code, Section 1028(a)(2); Knowingly Possessing Five or More False Identification Documents, in violation of Title 18, United States Code, Section 1028(a)(3); Knowingly Possessing False Identification Document-making Implements, in violation of

Title 18, United States Code, Section 1028(a)(5); Knowingly Possessing False Identification Documents, in violation of Title 18, United States Code, Section 1028(a)(6); and Fraud and Misuse of Visas and Other Documents, in violation of Title 18, United States Code, Section 1546(a).

    b.    BARRERA-SAMANO was indicted on the aforementioned charges along with three other co-defendants: Ramon Morales-Nunez, Daniel Rivera-Suarez, and Ramon Domiguez-Herrera.

    4.    On or about October 19, 1998, I reviewed the warrant for arrest of BARRERA-SAMANO, issued by the United States District Court, in the Northern District of Illinois, Eastern Division, on June 18, 1998.

    5.    On July 7, 1998, Supervisory Special Agent ("SSA") Aaron Wilson told me the following:

    a.    On July 7, 1998, SAs from the INS Los Angeles Fraud Section's Counterfeit Document Unit found and arrested BARRERA-SAMANO pursuant to the June 18, 1998 arrest warrant. BARRERA-SAMANO was arrested at his residence, located at 39532 Hawthorne Street, Palmdale, California.

    b.    INS agents searched the residence located at 39532 Hawthorne Street, Palmdale, California, pursuant to consent from BARRERA-SAMANO, who owned the property.

    c.    During the search of BARRERA-SAMANO's residence, a

model 94, 30/30 Winchester Rifle, serial number 4012040, was found on the mantle of the master bedroom.

6. On October 23, 1998, ATF SA Scott Sweetow informed me that Winchester Rifles are not manufactured in California. These rifles are only manufactured in New Haven, Connecticut. Therefore, it is his professional opinion that the rifle traveled in interstate commerce.

7. On July 7, 1998, I observed BARRERA-SAMANO being processed by INS for administrative and criminal proceedings.

8. On October 19, 1998, SSA Wilson told me that on July 9, 1998, he read BARRERA-SAMANO his Miranda warning in the Spanish language. SSA Wilson further informed me that BARRERA-SAMANO waived his rights and agreed to give a statement to SSA Wilson. BARRERA-SAMANO told SSA Wilson the following:

    a. He understood his rights.

    b. He knew what he said could and would be used against him in criminal and immigration court.

    c. He stated that he wanted to help with the case because he knew he must pay for what he did.

    d. He stated that he had been advised that no promises have been made to him at any time concerning his assistance.

    e. He understood that he would have to spend time in

3

jail for the counterfeit identification documents he sold and also for possessing the rifle found in his house.

   f.   He admitted that the rifle found in his house is his.

   g.   He is a citizen of Mexico.

   h.   He does not have a legal right to be or remain in the United States.

   i.   He was born in Mexico City, Distrito Federal, Mexico on December 9, 1969, and is 28 years old.

   j.   He last entered the United States illegally on or about April 1995, near San Ysidro, California.

   k.   He did not present himself for inspection to an immigration officer at that time.

   l.   He had previously used the following names: Jose Alberto Sanchez and Gordo.

   m.   The rifle that was found in his home was given to him by his uncle about three or four years ago.

   n.   BARRERA-SAMANO kept the weapon as a decoration for his master bedroom, and has not used or registered it since it was given to him by his uncle.

   o.   He knew having the weapon was against the law and believed he could face up to ten years in jail for it.

   9.   On October 19, 1998, I searched the INS Central Index

4

System (CIS) in an attempt to find an Immigration record for BARRERA-SAMANO. No record was found for BARRERA-SAMANO. Based on my training and experience, I know that if BARRERA-SAMANO had immigration status in the United States, there would be a file for him within CIS.

10. Based on the foregoing, I believe that there is probable cause to believe that ARTURO BARRERA-SAMANO is in violation of Title 18, United States Code, Sections 922(g)(5): Illegal Alien in Possession of a Firearm in the United States.

/S/
Roy Casas
Special Agent - INS

Subscribed and sworn to before me

this 23 day of October, 1998.

ANN I. JONES
UNITED STATES MAGISTRATE JUDGE

5